IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No. 1:25-MJ-62 |
| LUIS MIGUEL GODOY-CORADO, | |
| Defendant. | |

**AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT AND ARREST WARRANT**

I, David L Slater, being duly sworn, depose and state:

1. I am a Deportation Officer with the United States Immigration and Customs Enforcement (ICE) in Fairfax County, Virginia. I have been employed with ICE for more than five years. I was previously employed as a Supervisory Customs and Border Protection Officer and Border Patrol Agent for U.S. Customs & Border Protection (CBP), beginning in September 2011. I have received specialized training and have conducted numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code.

2. My duties as a Deportation Officer with ICE include investigating administrative and criminal violations of the Immigration and Nationality Act and Title 8 and Title 18 of the United States Code and seeking, when applicable, prosecution and removal of violators. I have

1

received training in general law enforcement, including training in Title 8 and Title 18 of the United States Code.

3. This affidavit is submitted in support of a criminal complaint and arrest warrant for LUIS MIGUEL GODOY-CORADO (hereafter referred to as GODOY-CORADO), an alien who was found in the United States after being denied admission, excluded, deported, or removed, or having departed the United States while an order of exclusion, deportation, or removal was outstanding, in violation of Title 8, United States Code, Section 1326(a).

4. The facts and information contained in this affidavit are based upon my training and experience, personal knowledge, and observations during this investigation, as well as the observations of other agents involved in this investigation. This affidavit contains information necessary to support probable cause, but it is not intended to include every fact and matter observed by me or known to the United States.

## SUMMARY OF FACTS TO SUPPORT PROBABLE CAUSE

5. On or about February 16, 2025, ICE learned that GODOY-CORADO had been detained at the Fauquier County Adult Detention Center in Fauquier County, Virginia, within the Eastern District of Virginia, for Driving While Intoxicated, in violation of Virginia Code § 18.2-266.

6. ICE performed records checks which confirmed that GODOY-CORADO is a native and citizen of Guatemala who was removed from the United States on or about June 17,

2014 at or near Brownsville, Texas, and on or about July 31, 2018 at or near Brownsville, Texas. GODOY-CORADO did not have legal authorization to reenter or remain in the United States.

7. On February 17, 2025, GODOY-CORADO was fingerprinted at the ICE Enforcement and Removal Operations (ERO) office in Chantilly, Virginia following his release from the custody of the Fauquier County, Virginia Sherriff's Department. The fingerprints were electronically processed through ICE indices containing fingerprint records of known and previously deported aliens. Results of this query showed positive matches to GODOY-CORADO and his FBI Universal Control Number (UCN). Additionally, photographic images of GODOY-CORADO were returned which showed that he had been previously apprehended by United States Department of Homeland Security enforcement officers.

8. During an interview with ICE with a Spanish language interpreter present on February 17, 2025, GODOY-CORADO acknowledged reentering the United States illegally and confirmed the dates of both of his prior removals. GODOY-CORADO's records lack evidence of any immigration benefit, document, or status that would allow him to legally enter, be admitted, pass through, or reside in the United States. Further, GODOY-CORADO has not obtained permission from the Attorney General or the Secretary of the Department of Homeland Security to reenter the United States following his formal removal.

## CONCLUSION

9.      Based on the foregoing, I submit that there is probable cause to believe that on or about February 16, 2025, in Fauquier County, Virginia, within the Eastern District of Virginia, LUIS MIGUEL GODOY-CORADO, an alien who was removed from the United States on or about June 17, 2014 at or near Brownsville, Texas, and on or about July 31, 2018 at or near Brownsville, Texas, was found in the United States without having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission to the United States in violation of Title 8, United States Code, § 1326(a)

Respectfully submitted,

David L. Slater
Deportation Officer
U.S. Immigration and Customs Enforcement

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on February 19, 2025.

Digitally signed by Ivan Davis
Date: 2025.02.19 14:43:33 -05'00'

The Honorable Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia